## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Frederick Stark
        Plaintiff,

v.               Case No.: 1:10−cv−03164
              Honorable Blanche M. Manning

Jewel Food Stores
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2011:

  MINUTE entry before Honorable Blanche M. Manning: Pursuant to stipulation, this case is dismissed with prejudice. Each side shall bear their own costs and fees. The court expresses its thans to appointed counsel, Benjamin Horton of Marshall, Gerstein & BOrum, for his skilled and vigorous representation of his client.Civil case terminated. m notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.